UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRIGINA SUE GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE JOHN STEWART COMPANY, et al.,<br><br>        Defendants. | No. 2:24-cv-0378 DJC SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 13, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. ECF No. 5. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed June 13, 2025, are adopted in full;

1

2.  This action is DISMISSED WITHOUT PREJUDICE for failure to comply with court orders, *see* Local Rule 110; Fed. R. Civ. P. 41(b); and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 25, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2